**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC 2017, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:18-CV-00548-JRG |
| | § | |
| GOOGLE, LLC, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is Plaintiff Uniloc 2017, LLC's Motion to Compel Venue Discovery (Dkt. No. 57). Having considered the parties' briefing and arguments presented at the September 5, 2019 hearing before Magistrate Judge Payne, the Court makes the following rulings concerning six categories of documents outlined in the parties' joint report (Dkt. No. 58):

- **Category (a): "Google's communications with facilities where Google's GGC servers were located in this District."**
    - The Court directed that email communications be produced subject to the Court's ESI Order. The parties agreed to meet and confer concerning the deadlines for producing email communications. The parties shall continue to meet and confer and then file a notice regarding agreements reached and any remaining disputes. Such notice shall be filed by September 16, 2019.

- **Category (b): "Documents showing alternative routing of content previously routed in the GGC servers in this district before allegedly being 'drained.'"**
    - The parties resolved their dispute concerning this category.

- **Category (c): "All information relied on by Keith McCallion in support of his declaration that GGC servers in the Eastern District of Texas were 'drained.'"**
    - The parties resolved their dispute concerning this category.
- **Category (d): "Documents responsive to requests nos. 6-8 from [certain cases filed before January 2017]."**
    - **Granted**. Defendant is directed to produce the following document numbers, as outlined in *Uniloc 2017, LLC, et al v. Google LLC*, Case No. 2:18-cv-00502-JRG-RSP, Dkt. No. 67-2, Request No. 6:
        1. *SimpleAir, Inc. v. Google LLC*, Case No. 2:16-cv-00388 (E.D. Tex.) – Non-limited sealed filings: Dkt. Nos. 69, 71, 73, 85, 89, and 93
        2. *Trevor Blumenau LLC v. Google Inc., et al*, Case. No. 2:16-cv-00144 (E.D. Tex.) – Non-limited sealed filings: Dkt. Nos. 24, 31, and 36
        3. *Eolas Technologies Incorporated v. Google Inc.*, Case No. 6:15-cv-01039 (E.D. Tex.) – Non-limited sealed filings: Dkt. Nos. 21, 26, 33, 36, 40, 41, and 48
        4. *Personal Audio LLC v. Google Inc.*, Case No. 1:15-cv-00350 (E.D. Tex.) – Non-limited sealed filings: Dkt. Nos. 41, 48, 61, 85, 88, 93, 94, 95, 96, 97, 98, 100, and 101
        5. *Smartflash LLC, et al v. Google LLC, et al*, Case No. 6:14-cv-00435 (E.D. Tex.) – Non-limited sealed filings: Dkt. Nos. 100, 107, 109, and 113

    Documents produced pursuant to this request are subject to the Court's ESI Order.

- **Category (e): "Non-privileged documents and communications used in preparing any of the declarations submitted by Google in support of venue or standing briefing."**
    - The parties resolved their dispute as to McCallion and Orr. Plaintiff withdrew this request as to the remaining individuals.
- **Category (f): "Documents Google has promised but not yet produced, including production of documents responsive to request nos. 13-21, 24 and 26."**
    - **Granted in part.** Defendant has produced 36 names in response to Request No. 24. Google is directed to identify these individuals' residence by city, zip code, or by some other comparable manner. Defendant is also directed to respond to Request No. 26 by identifying the team members, by name, of the individuals listed in response to Request No. 24. Defendant is directed to indicate if any team member resides in Texas.

**So ORDERED and SIGNED this 16th day of September, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE