# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC 2017 LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:18-cv-00548-JRG-RSP |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Considering the Order issued by the Court of Appeals for the Federal Circuit on February 13, 2020 in *In re Google LLC*, Case No. 2019-126, 2020 WL 728165 (Fed. Cir. Feb. 13, 2020), and in order to allow the parties and the Court to receive any further guidance that may come from action by the Court of Appeals on a timely request for rehearing *en banc*,

IT IS ORDERED that this action be stayed for 30 days. Counsel are directed to file a Joint Notice concerning the positions of the parties on further proceedings as soon as the stay expires.

**SIGNED this 14th day of February, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE