**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC 2017, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC.,<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NOS. 2:18-cv-00548<br>CIVIL ACTION NOS. 2:18-cv-00550<br>CIVIL ACTION NOS. 2:18-cv-00551<br>CIVIL ACTION NOS. 2:18-cv-00552<br>CIVIL ACTION NOS. 2:18-cv-00553<br><br>**JURY TRIAL DEMANDED** |

**JOINT SUBMISSION PURSUANT TO COURT'S
ORDER OF FEBRUARY 14, 2020**

On February 14, 2020, this Court *sua sponte* stayed the above-listed cases ("Wave 2 Cases") between the parties for 30 days ("Initial Stay"). *See e.g.*, -553 Case, Dkt. 153. In the Order, the Court noted:

> Considering the Order issued by the Court of Appeals for the Federal Circuit on February 13, 2020 in *In re Google LLC*, Case No. 2019-126, 2020 WL 728165 (Fed. Cir. Feb. 13, 2020), and in order to allow the parties and the Court to receive any further guidance that may come from action by the Court of Appeals on a timely request for rehearing banc.

*Id.*

The Court ordered the parties to "file a Joint Notice concerning the positions of the parties on further proceedings as soon as the stay expires." *Id.* The Court subsequently extended the deadline to submit the Joint Notice until March 18, 2020. *E.g.*, -553 Case, Dkt. 158 at 2.

The parties agree that the stay should be continued for another sixty days to receive further guidance from the Federal Circuit in response to the recently filed petition for rehearing *en banc* in *In re Google LLC*, No. 2019-126 (Fed. Cir.). Upon the expiration of the sixty days, the parties

will file a Joint Notice concerning the positions of the parties on further proceedings as soon as the stay expires.

| | |
|---|---|
| Date:   March 18, 2020 | */s/ James L. Etheridge* |
| | James L. Etheridge |
| | Texas Bar No. 24059147 |
| | Ryan S. Loveless |
| | Texas Bar No. 24036997 |
| | Brett A. Mangrum |
| | Texas Bar No. 24065671 |
| | Travis L. Richins |
| | Texas Bar No. 24061296 |
| | Jeff Huang |
| | Brian M. Koide |
| | Etheridge Law Group, PLLC |
| | 2600 E. Southlake Blvd., Suite 120 / 324 |
| | Southlake, TX  76092 |
| | Tel.:  (817) 470-7249 |
| | Fax:  (817) 887-5950 |
| | Jim@EtheridgeLaw.com |
| | Ryan@EtheridgeLaw.com |
| | Brett@EtheridgeLaw.com |
| | Travis@EtheridgeLaw.com |
| | JHuang@EtheridgeLaw.com |
| | Brian@EtheridgeLaw.com |

**ATTORNEYS FOR PLAINTIFF**

By: */s/ Robert W. Unikel*
Robert W. Unikel
robertunikel@paulhastings.com
Michelle Marek Figueiredo (IL Bar #6297112)
michellemarek@paulhastings.com
Matthew Richard Lind (IL Bar #6327241)
mattlind@paulhastings.com
John A. Cotiguala (IL Bar #6311056)
johncotiguala@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Dr., 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000

Facsimile: (312) 499-6100

Elizabeth L. Brann (CA Bar #222873)
elizabethbrann@paulhastings.com
Ariell Nicole Bratton (CA Bar #317587)
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert Laurenzi (NY Bar #3024676)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue, 26th Floor
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 318-6100

Christopher W. Kennerly (TX Bar #795077)
chriskennerly@paulhastings.com
PAUL HASTINGS LLP
1117 South California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Grant N. Margeson (CA Bar #299308)
grantmargeson@paulhastings.com
PAUL HASTINGS LLP
101 California Street
Forty-Eighth Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
State Bar No.00785097
glennthames@potterminton.com
Patrick C. Clutter

State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

**Attorneys for Defendant Google LLC in 2:18-cv-550, 2:18-cv-551**

By: */s/ Michael C. Hendershot*
Michael C. Hendershot
Tharan G. Lanier
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 739-3940
Fax: (650) 739-3900
mhendershot@jonesday.com
tglanier@jonesday.com

Tracy A. Stitt
tastitt@jonesday.com
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Telephone: (202) 879-3641

Sanjiv P. Laud
JONES DAY
90 South Seventh Street
Suite 4950
Minneapolis, MN 55402
Telephone: (612) 217-8879
slaud@jonesday.com

John D. Kinton (Calif. State Bar No. 203250)
JONES DAY
4655 Executive Drive
Suite 1500
San Diego, CA 92121
Telephone: 858.314.1190
Facsimile: 844.345.3178

Email: jkinton@jonesday.com

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
State Bar No.00785097
glennthames@potterminton.com
Patrick C. Clutter
State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Defendant Google LLC in 2:18-cv-552**

By:  */s/ Michael A. Berta*
Michael A. Berta      (California Bar No. 194650)
Michael.berta@arnoldporter.com
Arnold & Porter, 10th Floor
Three Embarcadero Center
San Francisco, CA 94111-4024
Tel: 415-471-3100
Fax: 415-471-3400

David Caine (California Bar No. 218074)
David.Caine@arnoldporter.com
Telephone: (650) 319-4710
Bonnie Phan (California Bar No. 305574)
Bonnie.Phan@arnoldporter.com
Telephone: (650) 319-4543
Michael Nguyen
michael.nguyen@arnoldporter.com
Telephone: (650) 319-4718
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Nicholas Lee (California Bar No. 259588)
Nicholas.Lee@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4156

Nicholas Nyemah (DC Bar No. 1005926)
Nicholas.Nyemah@arnoldporter.com
Telephone: (202) 942-6681
Paul Margulies (DC Bar No. 1000297)
Paul.Margulies@arnoldporter.com
Telephone: (202) 942-6990
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743

Mark Samartino (Illinois No. 6313889)
Mark.Samartino@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4321
Telephone: (312) 583-2437

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
State Bar No.00785097
glennthames@potterminton.com
Patrick C. Clutter
State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Defendant Google LLC in 2:18-cv-548**

By: */s/ Charles K. Verhoeven*

David Perlson
davidperlson@quinnemanuel.com
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
Jonathan Tse
jonathantse@quinnemanuel.com
David Doak
daviddoak@quinnemanuel.com
Antonio Sistos
antoniosistos@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6344
Fax: 415-875-6700

Deepa Acharya
deepaacharya@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900 20005
Washington, D.C. 20005-4107
Tel: 202-538-8107
Fax: 202-538-8100

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Earl Glenn Thames, Jr.
State Bar No.00785097
glennthames@potterminton.com
Patrick C. Clutter
State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Joseph Drayton
NY Bar No. 2875318
COOLEY LLP
55 Hudson Yards

New York, NY 10001-2157
Tel:  212-479-6275
Fax: 212-479-6275
Email: jdrayton@cooley.com

**Attorneys for Defendant Google LLC in 2:18-cv-553**

## CERTIFICATE OF SERVICE

I certify that on March 18, 2020, the foregoing document was served upon all counsel of record for the Defendant via the Court's electronic filing system.

*/s/ James L. Etheridge*
James L. Etheridge