**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC 2017 LLC, § § *Plaintiff*, § § v. § § GOOGLE LLC, § § *Defendant*. § | Case No. 2:18-cv-00548-JRG-RSP |

**ORDER TO CONTINUE STAY OF CASE**

Before the Court is a Joint Submission Pursuant to Court's Order of February 14, 2020 ("Submission"), filed jointly by Plaintiff Uniloc 2017 LLC and Defendant Google LLC (collectively, the "Parties"). (Dkt. 161). The Court first stayed the case due to the Order issued by the Court of Appeals for the Federal Circuit on February 13, 2020 in *In re Google LLC*, Case No. 2019-126, 2020 WL 728165 (Fed. Cir. Feb. 13, 2020). (Dkt. 152). That stay has expired. The Parties now ask that the stay be continued for another sixty days due to the recently filed petition for rehearing *en banc* in *In re Google LLC*.

After consideration, the Court **GRANTS** the request in the Submission. It is therefore **ORDERED** that this action be stayed for 60 days. Counsel are directed to file a Joint Notice concerning the positions of the parties on further proceedings as soon as the stay expires.

**SIGNED this 20th day of March, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE